

**John N. Ellison**
Direct Phone: +1 215 241 1210
Email: jellison@reedsmith.com

**Jessica Gopiao**
Direct Phone: +1 786 747 0251
Email: jgopiao@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 4, 2024

**Filed via ECF**

Honorable Dale E. Ho
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Innovative Foodservice Group, Inc. v. Liberty Mutual Insurance Company
      Case No. 1:23-cv-09536-DEH

Dear Judge Ho:

Counsel for Plaintiff Innovative Foodservice Group, Inc. and Defendant Liberty Mutual Insurance Company in the above-referenced matter write jointly to advise the Court, as follows:

The parties are currently engaged in discussions as to whether it will be possible to resolve the remaining issues in this case without further litigation and have agreed to submit to private, in-person mediation on January 21, 2025.

The parties are hopeful that this matter can be resolved on that date, and request that the Court stay the December 11 (status letter to Court) and 18 (conference with the Court), 2024 deadlines (*see* ECF Nos. 70, 76) pending the outcome of that mediation.

The parties thank the Court for its attention to this request.

Respectfully submitted,

John N. Ellison
Jessica Gopiao
Reed Smith LLP

JNE:ls

> Application **GRANTED**. The deadlines referenced in the endorsed letter are **ADJOURNED** *sine die* pending the outcome of the parties' private mediation. **By January 28, 2025**, the parties shall file a joint letter describing the outcome of the mediation session and, if necessary, proposed next steps in this action. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 77.
>
> Dated: December 10, 2024
> New York, New York
>
> Dale E. Ho
> United States District Judge

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Honorable Dale E. Ho
Page 2

cc: (via ECF)
John A.V. Nicoletti, Esq., jnicoletti@nicolettihornig.com
Kevin O'Malley Esq, komalley@nicolettihornig.com
Nooshin Namazi, Esq., nnamazi@nicolettihornig.com

*Counsel for Defendant*