



**John N. Ellison**
Direct Phone: +1 215 241 1210
Email: jellison@reedsmith.com

**Jessica Gopiao**
Direct Phone: +1 786 747 0251
Email: jgopiao@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 28, 2025

**Filed via ECF**

Honorable Dale E. Ho
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 79.

Dated: January 30, 2025
New York, New York

Dale E. Ho
United States District Judge

Re:   Innovative Foodservice Group, Inc. v. Liberty Mutual Insurance Company
      Case No. 1:23-cv-09536-DEH

Dear Judge Ho:

Counsel for Plaintiff Innovative Foodservice Group, Inc. and Defendant Liberty Mutual Insurance Company in the above-referenced matter write jointly to advise the Court, as follows:

The parties submitted to mediation on January 21, 2025, and are continuing discussions as to whether it will be possible to resolve the remaining issues in this case without further litigation.

The parties remain hopeful that this matter can be resolved on that date, and request that the Court provide a two-week extension for the January 28, 2025 deadline, up to and through February 11, 2025 to provide this Court with a status letter on the outcome of the parties' continued discussions.

The parties thank the Court for its attention to this request.

Respectfully submitted,

John N. Ellison
Jessica Gopiao
Reed Smith LLP

JNE:ls

cc:   (via ECF)
      John A.V. Nicoletti, Esq., jnicoletti@nicolettihornig.com
      Kevin O'Malley Esq, komalley@nicolettihornig.com

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

ReedSmith

Honorable Dale E. Ho
Page 2

    Nooshin Namazi, Esq., nnamazi@nicolettihornig.com

*Counsel for Defendant*